IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00134-D-19

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER |
| | : | |
| JONOTHAN BROOKS | : | |

This matter, having come before the Court on the motion of the defendant, with the consent of the government, to continue the sentencing in this matter from the January 6, 2026 term, for good cause shown, the motion is allowed.

WHEREFORE, it is ordered that the sentencing in this matter is continued the term of court beginning on ___June___, 2026.

SO ORDERED, this the _15_ day of December, 2025.

JAMES C. DEVER III
United States District Judge